

**Patrick Papalia**
*Member of New Jersey, New York
and Washington DC Bars
Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney*
ppapalia@archerlaw.com
201-498-8504 Direct

Archer & Greiner, P.C.
Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, NJ 07601-7095
201-342-6000 Main
201-342-6611 Fax
www.archerlaw.com

February 14, 2024

**VIA CM/ECF**
Honorable Jamel K. Semper U.S.D.J.
Frank R. Lautenberg U.S. P.O. & Cthse.
2 Federal Sq.
Newark, NJ 07102

   Re: **Easton v. Seton Hall University et. als.**
      **2:23-cv-03189-JKS-JRA**

Dear Judge Semper:

  This firm represents Defendant, Seton Hall University ("Seton Hall"), the sole defendant remaining in this suit following the voluntary dismissal of Cardinal Joseph W. Tobin, Joseph E. Nyre, Ph.D., (improperly pled as "President Joseph E. Nyre"), Katia Passerini, Ph.D., (improperly pled as "Provost Katia Passerini"), Michael Silvestro (improperly pled as "Dr. Michael Silvestro"), and Joyce A. Strawser, Ph.D. (improperly pled as "Dean Joyce A. Strawser") on December 28, 2023. Dkt. No. 23.

  We write to advise the Court that on February 14, 2024, the parties entered into the enclosed Stipulation of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as to Seton Hall. To that end, kindly order the Stipulation of Dismissal and direct the Clerk to terminate this action.

  Thank you for Your Honor's courtesies and consideration in this matter.

               Respectfully submitted,

               *Patrick Papalia*
               PATRICK PAPALIA

PP:ap
cc: All parties and counsel of record (Via ECF)
228431656 v1