**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DR. REED W. EASTON,<br><br>                Plaintiff,<br>   v.<br><br>SETON HALL UNIVERSITY; CARDINAL JOSEPH W. TOBIN,<br>in his official capacity as President of the Board of Trustees;<br>PRESIDENT JOSEPH E. NYRE,<br>in his official capacity;<br>PROVOST KATIA PASSERINI,<br>in her official capacity;<br>DR. MICHAEL SILVESTRO,<br>in his official capacity as Associate Vice President Department of Human Resources;<br>DEAN JOYCE A. STRAWSER,<br>in her official capacity as Dean of Stillman School of Business,<br><br>                Defendants. | **Case No. 2:23-cv-03189-JKS-JRA**<br><br>The Honorable Jamel K. Semper U.S.D.J.<br>The Honorable José R. Almonte, U.S.M.J.<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

**IT IS HEREBY STIPULATED AND AGREED** by and among the parties and/or their respective counsels that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is voluntarily dismissed without prejudice, without fees and costs, against Defendant Seton Hall University.

| | |
|---|---|
| */s Patrick Papalia*<br>Patrick Papalia<br>Archer & Greiner, P.C.<br>Court Plaza South<br>21 Main Street, Suite 353<br>Hackensack, New Jersey 07601<br>(201) 498-8504<br>Email: ppapalia@archerlaw.com<br>Attorneys for all Defendants<br>Dated: February 14, 2024 | */s Reed W. Easton*<br>Reed W. Easton<br>Reed W. Easton, P.C.<br>34A Route 645<br>Sandyston, New Jersey 07826<br>(908) 397-9367<br>Email: reedeaston@earthlink.net<br>Attorneys for Plaintiff<br><br>Dated: February 14, 2024 |

1

So Ordered:

_____
Honorable Jamel K. Semper, U.S.D.J.